UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                     No. 02-CR-0348-LTS

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a pro se "Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2)," dated December 31, 2019. As the motion contains sensitive medical information, the Clerk of Court is respectfully directed to file a redacted version of the motion publicly on the docket, and file the original, unredacted motion under seal.

        SO ORDERED.

Dated: New York, New York
       January 15, 2020

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge

**Copy mailed to:**
Jorge Gandia Ortega
#44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA  17954