UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                          No. 02-CR-0348-LTS

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a pro se "Request for Compassionate Release," dated February 14, 2020. The Government is directed to respond to Mr. Gandia Ortega's motion by **Thursday, March 26, 2020**. Mr. Gandia Ortega's reply to the Government's response, if any, must be filed by **Thursday, April 9, 2020**.

As the motion contains sensitive medical information, the Clerk of Court is respectfully directed to file a redacted version of the motion publicly on the docket, and file the original, unredacted motion under seal. An unredacted copy of the motion will be provided to the Government.

SO ORDERED.

Dated: New York, New York
      March 12, 2020

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge

**Copy mailed to:**
Jorge Gandia Ortega
#44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA  17954