

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2020

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jorge Gandia Ortega*, 02 Cr. 348-02 (LTS)

Dear Judge Swain:

On March 12, 2020, the Court directed the Government to respond to a pro se "Request for Compassionate Release" by the defendant dated February 14, 2020.  The Government was ordered to respond to the request by Thursday, March 26, 2020.  The Government respectfully requests that it be granted until April 25, 2020 to file its response.  Defense counsel does not object to this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: *(signature)*

Mitzi Steiner
Assistant United States Attorneys
(212) 637- 2284

cc:    All counsel of record (by ECF)

The requested extension is granted.  DE # 155 resolved.

SO ORDERED.

/s/Laura Taylor Swain  3/25/2020
USDJ