UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                        No.  02-CR-0348-LTS

JORGE GANDIA ORTEGA,

           Defendant.

--------------------------------------------------------x

ORDER

On June 2, 2005, the defendant was sentenced principally to a term of imprisonment of 360 months.  In a February 5, 2020, Order, this Court appointed counsel to represent the defendant, set out a briefing schedule, and observed that the defendant appeared to be eligible for a two level adjustment of his sentencing guidelines based on the recent amendment to the drug guidelines, which would yield a range of 324 to 405 months' imprisonment.

On March 5, 2020, the Government provided its submission, with defense counsel's following on March 20, 2020.  The parties agree that the defendant is eligible for a sentence reduction, and the Probation Department's Supplemental Presentence Report confirms that the defendant is eligible for the reduction.

Having considered the record in this case and the parties' arguments, it is hereby

ORDERED that the defendant's offense level is reduced to level 38, and his custodial sentence is reduced to 324 months of imprisonment.  All other aspects of the sentence remain unchanged.

This Order resolves Docket Entry No. 145.

SO ORDERED.

Dated: New York, New York
May 27, 2020

_/s/ Laura Taylor Swain_____
LAURA TAYLOR SWAIN
United States District Judge