UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                   No.  02-CR-348-LTS

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

## MEMORANDUM ORDER

        The Court has received Defendant Jorge Gandia Ortega's pro se renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 164.)  The Government is directed to file a response to Mr. Ortega's renewed motion, which shall include any relevant BOP medical records, by **January 22, 2021**.  The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

        Mr. Ortega's reply to the Government's response, if any, must be filed by **February 5, 2021.**

        Chambers will mail a copy of this Order to Mr. Ortega.

SO ORDERED.

Dated: New York, New York
January 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy mailed to:**

Jorge Gandia Ortega
Reg. No. 44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954