UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  02-CR-348-LTS

JORGE GANDIA ORTEGA,

       Defendant.

--------------------------------------------------------x

## ORDER

The Court has received Defendant Jorge Gandia Ortega's letter dated January 20, 2021, filed in support of his pending motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 164.)  Mr. Ortega reports that, as a result of the COVID-19 pandemic, his facility has not arranged to transport him to an outside medical facility for the purpose of receiving treatment he had previously received for his digestive disorder every six months.

The Government is directed to file a supplemental response to Mr. Ortega's motion, addressing Mr. Ortega's claim that his facility is not providing him access to his previously-regular medical treatment, which may include any relevant BOP medical records not included in the Government's response dated January 22, 2021 (Docket Entry No. 166), by **February 15, 2021**.  The Government may file under seal any medical records that are included in the supplemental response, and sensitive medical information may be redacted from the supplemental response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy

of the Government's supplemental response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Ortega's deadline to submit a reply to the Government's response, if any, is extended to **March 12, 2021.**[1]

Chambers will mail a copy of this Order to Mr. Ortega.

SO ORDERED.

Dated: New York, New York
February 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy mailed to:**

Jorge Gandia Ortega
Reg. No. 44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

---

[1] To the extent Mr. Ortega has already mailed, but the Court has not received, his reply, he may submit a supplemental reply to the Government's supplemental response by March 12, 2021.