UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                     No. 02-CR-348-LTS

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Jorge Gandia Ortega's pro se supplemental brief dated February 15, 2021, filed in support of his pending renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (See Docket Entry No. 164.) As Mr. Ortega's supplemental brief attaches sensitive medical records, the Court will file a redacted version of the brief publicly on the docket, and file the original, unredacted brief under seal; an unredacted copy of the brief will be provided to the Government.

Mr. Ortega reports that, as a result of an outbreak of COVID-19 at his facility, his unit is currently "on lockdown status." Mr. Ortega also reports that he has not received copies of the Government's opposition and supplemental opposition to Mr. Ortega's motion for compassionate release (Docket Entry Nos. 166, 170.)[1]

It is hereby ordered that the Government shall immediately serve Mr. Ortega with copies of its opposition and supplemental opposition, and file proof of such service.

---

[1]  The Court's Orders dated January 8, 2021 (Docket Entry No. 165), and February 8, 2021 (Docket Entry No. 169), each directed the Government to provide a copy of its opposition papers to Mr. Ortega. However, both the Government's opposition and supplemental opposition indicate only that copies were sent to "All counsel of record (by ECF)."

Mr. Ortega's deadline to submit a reply to the Government's opposition papers, if any, is extended from March 12, 2021 (see Docket Entry No. 169), to **March 19, 2021**.

Chambers will mail a copy of this Order to Mr. Ortega.

SO ORDERED.

Dated: New York, New York
       February 24, 2021

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge

**Copy mailed to:**

Jorge Gandia Ortega
Reg. No. 44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954