UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                            No. 02-CR-348-LTS

JORGE GANDIA ORTEGA,                             <u>Order</u>

          Defendant.

-------------------------------------------------------x

        The Court has received Defendant Jorge Gandia Ortega's <u>pro se</u> renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) dated April 11, 2022, but received by the Court on May 17, 2022.  The Government is directed to file its response to Mr. Ortega's motion by **June 3, 2022**.  The Government may request that the Court file under seal medical records that are included in the Government's response, and sensitive medical information may be redacted from the response that is filed on ECF.  A complete, unredacted courtesy copy of the Government's response must be provided to Mr. Ortega and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

        Mr. Ortega's reply to the Government's response, if any, must be filed by **June 24, 2022**.  Chambers will mail a copy of this Order to Mr. Ortega.

        SO ORDERED.

Dated: New York, New York
       May 18, 2022

                                                           <u>/s/ Laura Taylor Swain</u>
                                                           LAURA TAYLOR SWAIN
                                                           Chief United States District Judge

<u>Copy mailed to</u>: Jorge Gandia Ortega, Reg. No. 44943-054, FCI Williamsburg, Federal Correctional Institution, P.O. Box 340, Salters, SC 29590