UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　No. 02-CR-348-LTS

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

## SEALING ORDER

The Court has received Defendant Jorge Gandia Ortega's reply in support of his pending motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A) (docket entry no. 191).  Because the reply submission attaches Plaintiff's sensitive medical records as well as his "FSA Recidivism Risk Assessment" form, the Court will file the reply submission with those attachments redacted on the public docket, and will file the complete unredacted reply submission under seal.

Chambers will mail a copy of this Sealing Order to Mr. Ortega.

SO ORDERED.

Dated: New York, New York
       July 6, 2022

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge

**Copies mailed to:**

Jorge Gandia Ortega
Reg. No. 44943-054
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590