UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No.  02-CR-348 (LTS)

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

### ORDER

The Court has received Defendant Jorge Gandia Ortega's pro se renewed motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A). (docket entry no. 191.) The Court has also received the Government's Opposition (docket entry no. 195.) and Mr. Ortega's Reply (docket entry 202.).

The Court will consider the Government's response, if any, to the Defendant's Reply submission. The response must be filed, and mailed to Mr. Ortega, by **July 25, 2022.**

Chambers will mail a copy of this Order to Mr. Ortega.


      SO ORDERED.

Dated: New York, New York
       July 15, 2022

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge

**Copies mailed to:**
Jorge Gandia Ortega
Reg. No. 44943-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954