UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  02-CR-348 (LTS)

JORGE GANDIA ORTEGA,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Jorge Gandia Ortega's pro se renewed motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A).  (docket entry no. 191). The Court has also received the Government's Opposition (docket entry no. 195) and Mr. Ortega's Reply (docket entry no. 202).  In his Reply, Mr. Ortega presents for the first time, among other things, evidence that bears on his risk of recidivism.

The Court intends to consider the facts offered in Mr. Ortega's Reply in resolving the pending motion.  The Court will also consider the Government's response, if any, to the Defendant's Reply, which must be filed by **August 8, 2022**.  If no such response is filed, the Government will be deemed to have waived its opposition to the Court's consideration of the new material included in Mr. Ortega's Reply submission.

Chambers will mail a copy of this Order to Mr. Ortega.

   SO ORDERED.
Dated: New York, New York
      August 1, 2022

                                                                  /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge

**Copy mailed to:**
Jorge Gandia Ortega
Reg. No. 44943-054
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590